UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COBBLER NEVADA, LLC, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-1308 |
| § | |
| DOES 1-12, § | |
| § | |
| Defendant. § | |

## CONSOLIDATION ORDER

**IT IS HEREYBY ORDERED** that the attached referenced cases, titled *Cobbler Nevada, LLC v. Does*, (see "Case List"), are consolidated under Civil Action No. 4:15cv 01308, which shall be designated as the Lead Case and assigned to Judge Alfred H. Bennett.

**IT IS FURTHER ORDERED**, Counsel for Plaintiff Cobbler Nevada, LLC, shall notice all parties for each member case of this order and file proof of service with the Court.

Signed: __AUG 1 0 2015__ at Houston, Texas

The Honorable Alfred H. Bennett
United States District Judge

Case List

**Cobbler Nevada, LLC is a plaintiff in 26 cases.**

| | | |
|---|---|---|
| 4:15-cv-01308 | Cobbler Nevada, LLC v. Does 1-12 | filed 05/15/15 |
| 4:15-cv-01322 | Cobbler Nevada, LLC v. Does 1-15 | filed 05/18/15 |
| 4:15-cv-01323 | Cobbler Nevada, LLC v. Does 1-15 | filed 05/18/15 |
| 4:15-cv-01324 | Cobbler Nevada, LLC v. Does 1-16 | filed 05/18/15 |
| 4:15-cv-01325 | Cobbler Nevada, LLC v. Does 1-16 | filed 05/18/15 |
| 4:15-cv-01327 | Cobbler Nevada, LLC v. Does 1-17 | filed 05/18/15 |
| 4:15-cv-01328 | Cobbler Nevada, LLC v. Does 1-20 | filed 05/18/15 |
| 4:15-cv-01332 | Cobbler Nevada, LLC v. Does 1-25 | filed 05/18/15 |
| 4:15-cv-01333 | Cobbler Nevada, LLC v. Does 1-26 | filed 05/18/15 |
| 4:15-cv-02041 | Cobbler Nevada, LLC v. Does 1-24 | filed 07/16/15   closed 08/06/15 |
| 4:15-cv-02043 | Cobbler Nevada, LLC v. Does 1-25 | filed 07/16/15 |
| 4:15-cv-02044 | Cobbler Nevada, LLC v. Does 1-25 | filed 07/16/15 |
| 4:15-cv-02045 | Cobbler Nevada, LLC v. Does 1-26 | filed 07/16/15 |
| 4:15-cv-02046 | Cobbler Nevada, LLC v. Does 1-27 | filed 07/16/15 |
| 4:15-cv-02047 | Cobbler Nevada, LLC v. Does 1-27 | filed 07/16/15 |
| 4:15-cv-02048 | Cobbler Nevada, LLC v. Does 1-28 | filed 07/16/15 |

4:15-cv-02050   Cobbler Nevada, LLC v. Does 1-29   filed 07/16/15

4:15-cv-02051   Cobbler Nevada, LLC v. Does 1-10   filed 07/16/15   closed 08/06/15

4:15-cv-02053   Cobbler Nevada, LLC v. Does 1-11   filed 07/16/15

4:15-cv-02055   Cobbler Nevada, LLC v. Does 1-14   filed 07/16/15

4:15-cv-02057   Cobbler Nevada, LLC v. Does 1-14   filed 07/16/15

4:15-cv-02058   Cobbler Nevada, LLC v. Does 1-20   filed 07/16/15

4:15-cv-02059   Cobbler Nevada, LLC v. Does 1-21   filed 07/16/15

4:15-cv-02060   Cobbler Nevada, LLC v. Does 1-22   filed 07/16/15

4:15-cv-02061   Cobbler Nevada, LLC v. Does 1-23   filed 07/16/15

4:15-cv-02062   Cobbler Nevada, LLC v. Does 1-24   filed 07/16/15