IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Cobbler Nevada, LLC, | ) |
| | ) |
| | ) CIVIL ACTION NO. 4:15-cv-1308 |
| Plaintiff, | ) LEAD CASE with Consolidated Actions |
| | ) |
| v. | ) Member Case Nos.: 15-1308, 1322, 1323, |
| | ) 1325, 1327, 1328, 1332, and 1333. |
| DOES, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to all remaining Defendants that have not already been dismissed in the matters as identified below:

4:2015-cv-01308 - all remaining defendants.

4:2015-cv-01322 - all remaining defendants.

4:2015-cv-01323 - all remaining defendants.

4:2015-cv-01324 - all remaining defendants except for John Doe 8.

4:2015-cv-01325 - all remaining defendants.

4:2015-cv-01327 - all remaining defendants.

4:2015-cv-01328 - all remaining defendants except for John Doe 13.

4:2015-cv-01332 - all remaining defendants.

4:2015-cv-01333 - all remaining defendants except for John Doe 5.

DATED: November 29, 2015                    Respectfully submitted,

                                                                     /s/ Keith A. Vogt
                                                                     Keith A. Vogt, Esq.
                                                                     (Bar No. 6207971)
                                                                     1033 South Blvd, Suite 200
                                                                     Oak Park, IL  60302
                                                                     Telephone:  708.203.4787
                                                                     E-mail:  keith@vogtip.com

                                                                   **Daniel R. Kirshbaum, P.C.**

By:    /s/ Daniel R. Kirshbaum
        Daniel R. Kirshbaum
        Texas Bar No. 11533000
        5850 San Felipe, Suite 112
        Houston, Texas  77057
        Telephone:  713.208.7709
        E-mail:  drkirshbaum@aol.com

                                                                     **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     The undersigned attorney hereby certifies that service of the foregoing document was made on all parties and/or counsel of record on November 29, 2015 *via* the court's CM/ECF system.

                                        /s/ Keith A. Vogt
                                        Keith A. Vogt