United States District Court
Southern District of Texas
**ENTERED**
January 04, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COBBLER NEVADA, LLC, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-1308 |
| | § | |
| DOES 1-16, *et al*, | § § | |
| Defendants. | § § | |

**ORDER DISMISSING DEFENDANT**

In accordance with the Notice of Dismissal of Defendant, Doe # 2, Owner of IP Address 73.166.36.231, filed on November 26, 2015, it is hereby ORDERED that this party be dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, on this day of ____JAN 0 4 2016____.

_____
The Honorable Alfred H. Bennett
United States District Judge