

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COBBLER NEVADA, LLC, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:15-CV-1308 |
| DOES 1-16, *et al*, | § § § § | Member Case Nos.: 4:15cv1322, §4:15cv 1323, 4:15cv 325, 4:15cv1327, §4:15cv 1328, 4:15cv 332 and 4:15cv 1333 |
| Defendants. | | |

**ORDER DISMISSING DEFENDANTS**

In accordance with the Notice of Dismissal filed November 29, 2015, it is hereby ORDERED that all remaining Defendants in the lead and member cases listed below, be dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

4:2015-cv-01308 - all remaining defendants.

4:2015-cv-01322 - all remaining defendants.

4:2015-cv-01323 - all remaining defendants.

4:2015-cv-01324 - all remaining defendants except for John Doe 8.

4:2015-cv-01325 - all remaining defendants.

4:2015-cv-01327 - all remaining defendants.

4:2015-cv-01328 - all remaining defendants except for John Doe 13.

4:2015-cv-01332 - all remaining defendants.

4:2015-cv-01333 - all remaining defendants except for John Doe 5.

SIGNED at Houston, Texas, on this day of __JAN 0 4 2016__ .

_____
The Honorable Alfred H. Bennett
United States District Judge