# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| Cobbler Nevada, LLC, | ) |
| | ) |
| | ) Case No.: 15-cv-01323 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-15, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
## DOE #8, OWNER OF IP ADDRESS 73.183.247.112

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE #8, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 73.183.247.112.

DATED: January 6, 2016

Respectfully submitted,

Cobbler Nevada, LLC

By:  s/Daniel R. Kirshbaum, P.C.
Daniel R. Kirshbaum
Texas Bar No. 11533000
4900 Woodway, Suite 600
Houston, Texas 77056
(832) 617-5683-ofc
(713) 208-7709-cell
(832) 266-0282-fax

s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
1033 South Blvd Suite 200
Oak Park, IL 60302
(708) 203.4787
keith@vogtip.com

Attorneys for Plaintiff