United States District Court
Southern District of Texas
**ENTERED**
February 10, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COBBLER NEVADA, LLC, § § § Plaintiff, § VS. § DOES 1-21, § § Defendant. § § § | CIVIL ACTION NO. 4:15-CV-2059 |

## ORDER DISMISSING DEFENDANT

In accordance with the Notice of Dismissal of Defendant, Doe # 9, Owner of IP Address 98.197.15.239, filed on February 5, 2016, it is hereby ORDERED that this party be dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas __FEB 1 0 2016_____.

_____
The Honorable Alfred H. Bennett
United States District Judge